GERALD KAVONIUS, Appellee, v. THE INDUSTRIAL COMMISSION *et al.* (Boise Cascade, Appellant).

Second District   No. 2—98—0649WC

Opinion filed June 11, 1999.—Rehearing denied August 2, 1999.

> The opinion filed June 11, 1999, in *Kavonius v. Industrial Comm'n* was withdrawn by the court, and a new opinion, filed June 6, 2000, is published at 314 Ill. App. 3d 166.